ERIC GRANT
United States Attorney
CAILY NELSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Mar 04, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CASE NO.  2:26-mj-0020 CSK |
| Plaintiff, | |
| v. | SEALING ORDER |
| LUIS REYNA CARRILLO,<br>MARIANA VANESSA MENDOZA CAMACHO,<br>JUAN MANRIQUEZ DIAZ,<br>ALVARO VASQUEZ ROSALES,<br>MANUEL JUAN MADRID PEREZ | **UNDER SEAL** |
| Defendants. | |

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated:  March 4, 2026

Hon. Chi Soo Kim
U.S. MAGISTRATE JUDGE

SEALING ORDER